In the Matter of SUNSHINE STEAM LAUN-
DRY, Inc., Bankrupt, Harry Davison,
Appellant.

No. 140.

Circuit Court of Appeals, Second Circuit.

Jan. 5, 1931.

John M. Chapnick and Benjamin Krevit, both of New Haven, Conn., for appellant.

John H. Barnes, of Norwich, Conn., and L. Erwin Jacobs, of New Haven, Conn., for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [47 F.(2d) 914] affirmed.